Stewart *v.* Pittsburg, Cincinnati, Chicago & St. Louis Railway Company, Appellant (No. 2).

OPINION BY ORLADY, J., July 18, 1912:

For the reasons given in the opinion filed this day in the case of G. W. Stewart v. Pitts. Cin. Chicago & St. Louis Ry. Co., ante, 588 the assignment of error in this case is overruled and the judgment is affirmed.